**Order entered December 2, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00795-CV

## IN RE THE COMMITMENT OF WILLIARD JOEL ROBINSON

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. CV-2070008**

## ORDER

The clerk's record in this appeal is overdue. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file the record no later than December 13, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     KEN MOLBERG
        JUSTICE